UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

ALEXANDER ROSA
# 381946

PLAINTIFF,

V

CASE NO.: 3:22-cv-703-KAD

ROLLIN COOK,
FORMER COMMISSIONER
OF CORRECTION

WILLIAM MULLIGAN,
FORMER
DISTRICT ADMINISTRATER

AMONDA HANNAH,
WARDEN

CAPTAIN TULMIE )

VE SERA,
CORRECTION
OFFICER

BLEKIS,
CORRECTION
OFFICER

PELLITERI,
CORRECTION
OFFICER

CAPTAIN HUGHES,

CAPTAIN SYED,

MENDEZ,
CORRECTIONAL
OFFICER      DEFENDANTS

ARE BEING SUED IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES

JURISDICTION

I CAN BRING MY COMPLAINT IN FEDERAL COURT BECAUSE I AM SUING:

STATE, COUNTY, OR CITY EMPLOYEES FOR VIOLATING MY FEDERAL RIGHTS UNDER 42 U.S.C SEC. 1983/1985/1986

PLAINTIFF

1. FIRST PLAINTIFF
   A. ALEXANDER ROSA
   B. 381946
   C. OSBORN CORRECTIONAL

DEFENDANTS

1. FIRST DEFENDANT
   A. ROLLIN COOK
   B. FORMER ACTING COMMISSIONER
   C.

2. SECOND DEFENDANT
   A. WILLIAM MULLIGAN
   B. FORMER ACTING DISTRICT ADMINISTRATOR
   C.

3. THIRD DEFENDANT
   A. AMONDA HANNAH
   B. WARDEN
   C. GARNER CORRECTIONAL

4. FOURTH DEFENDANT

   A. TOLMIE

   B. CAPTAIN/CORRECTION OFFICER

   C. GARNER CORRECTIONAL

5. FIFTH DEFENDANT

   A. VESERA

   B. CORRECTION OFFICER

   C. GARNER CORRECTIONAL

6. SIXTH DEFENDANT

   A. BLEKIS

   B. CORRECTION OFFICER

   C. GARNER CORRECTIONAL

7. SEVENTH DEFENDANT

   A. PELLITERI

   B. CORRECTION OFFICER

   C. GARNER CORRECTIONAL

8. EIGTH DEFENDANT

   A. HUGHES

   B. CAPTAIN/CORRECTIONAL OFFICER

   C. GARNER CORRECTIONAL

9. NINTH DEFENDANT

   A. SYED

   B. CAPTAIN/CORRECTIONAL OFFICER

   C. GARNER CORRECTIONAL

10. TENTH DEFENDANT

   A. MENDEZ

   B. CORRECTIONAL OFFICER

   C. GARNER

ALL DEFENDANTS HAVE ACTED UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT AND WILL SUED IN HIS/HER INDIVIDUAL AND OFFICIAL CAPACITIES

STATEMENT OF CASE

1. ON 8/20/19 I FILED A PREA CLAIM AGAINST MCDOUGALL-WALKER CORRECTIONAL INSTITUTION. FOR AN ALLEGED IMPROPER STRIP SEARCH OF WHICH I DID NOT CONSENT TO.

2. ON 8/21/19 I ALLEGEDLY COMMITTED AN OFFENSE OF WHICH I WAS DIRECTED TO ENTER MY CELL I WAS TOLD THAT I WILL BE ESCORTED TO I.P.M UNIT ALSO KNOWN AS INPATIENT MEDICAL UNIT HOUSING FOR MENTAL HEALTH LEVEL 5 INMATES. I WAS UPSET WITH THE DECISION SO I WAS NOT COMPLIANT.

3. THEIR WAS MULTIPLE VERBAL INTERVENTIONS. IN THE PROCESS OF ALL THIS I NEEDED TO USE THE BATHROOM I WAS MALICIOUSLY AND SADISTICALLY SPRAYED ON MY GENITALS WHILE I WAS DEFACATING WITHOUT WARNING FOR THE PURPOSE OF CAUSING PAIN AND NOT FOR THE PURPOSE OF RESTORING CONTROL. DEFENDANT CAPTAIN TOLMIE WAS THE ONE WHO SPRAYED MY GENITALS AND BUTTOCKS AREA. HE SPRAYED MULTIPLE TIMES ATLEAST 7 TO 8 TIMES. I WAS SPRAYED ON MY GENITALS WHILE MY PANTS WERE DOWN THEY CONTINUED TO SPRAY BUTTOCKS/ANUS AND TESTICLES THROUGH THE TRAP.

4. I THEN PLACED MY WRIST THROUGH THE TRAP BUT MY RIGHT ARM WAS IN THE SLING OF WHICH I WAS PRESCRIBED TO FOR A COLLARBONE INJURY.

5. DEFENDANT VESERA AND/OR DEFENDANT BLEKIS YANKED MY SLING INJURYING MY RIGHT SHOULDER

CAUSING MORE PAIN TOWARDS WHAT I WAS ALREADY UNDER GOING.

6. DEFENDANTS OFFICER VESERA AND OFFICER BLEKIS CUFFED MY WRIST SO TIGHT IT CUT OFF THE CIRCULATION OF MY WRIST.

7. I WAS THEN ESCORTED TO I.P.M I COULD NOT WALK BECAUSE MY GENITAL AND BUTTOCKS FELT LIKE I WAS ON FIRE I WAS IN EXTREME PAIN I WAS VISUALLY AND PHYSICALLY IN CAPACITATED. I WAS THEN PLACED IN A WHEEL CHAIR WHERE THEY CONTINUED TO ESCORT ME TO I.P.M I WAS KICKING SO I CAN COPE WITH THE PAIN. I CRIED IN PAIN ALL THE WAY TO I.P.M OF WHICH THEY PLACE MY HEAD IN THE SHOWER.

8. I WAS THEN ESCORTED TO CELL 502 WHERE DEFENDANTS VESERA, PELLITERI, BLEKIS, PALMIERI, MENDEZ VIOLENTLY STRIPPED ME OF MY CLOTHING IT FELT AS IF I WAS BEING RAPED AND VIOLATED.

9. DEFENDANTS VESERA, PELLITERI, BLEKIS, MENDEZ PUT MY WRIST ALL THE WAY IN THE BACK TOWARDS THE BACK OF MY NECK OF WHICH I HAVE A DOCTORS ORDER TO BE CUFFED IN FRONT THIS CAUSE LOTS OF PAIN. THEN RN RALPH GALE ME 3 INTRAMUSCULAR SHOTS OF BENADRYL, THORAZINE, AND HALDOL.

10. THE ESCORTING OFFICERS DID NOT TAKE PICTURES OF MY WRIST(S).

11. AS THE CELL DOOR CLOSED I IMMEDIATELY WENT TO THE TOILET AND SOAKED AND SPLASHED TOILET WATER ALL OVER MY GENITAL AREA AND BUTTOCKS.

12. I THEN WORE THE FERGUSON GOWN AND LAID ON THE MATTRESS, IT FELT UNCOMFORTABLE IT WAS A TWO INCH GRAY MATTRESS, I IMMEDIATELY SMELLED THE MATTRESS WHICH SMELLED LIKE URINE, BODY ORDOR, AND FECES. THE BLANKET WAS ALSO DIRTY IT HAD PAINT STAINS AND SMELLED LIKE IT WAS SOILED WITH URINE. IT WAS ALSO COLD DUE TO THE CENTRAL AIR SYSTEM AND BEING ON GROUND LEVEL. I ONLY HAD A FERGUSON GOWN AND ONE SAFETY BLANKET THERE WASN'T ANY BLANKET TO COVER THE MATTRESS. I REQUESTED THAT THE MATTRESS BE REPLACED WITH A LEGAL SIZE AND DEPTH MATTRESS WHICH IS A SURECHECK MATTRESS, AND I REQUESTED TO REPLACED THE BLANKET AND IF I CAN HAVE AN EXTRA BLANKET. ONE TO COVER ME AND ONE TO COVER THE MATTRESS. THE UNIT OFFICERS SAID NO.

13. I FELT DROWSY. I WENT TO SLEEP AND WOKE UP I CAN BARELY SEE FROM THE AFFECTS OF THE CHEMICAL AGENT. I SEEN MOLD ON THE WALLS OF MY CELL. I NOTICED MOISTURE ON THE WALLS THIS EXPLAINS WHY THERE CAN BE MOLD BUILD UP.

14. ON THE EVENING OF 8/21/19 I REQUESTED TO TAKE A SHOWER TO REMOVE THE CHEMICAL AGENT THAT WAS SPRAYED ON MY GENITAL AND BUTTOCKS AREA, AND LOWER BACK. THE UNIT OFFICERS SAID NO.

15. AT THIS STAGE OF DAY I WAS SUBJECTED TO THE BURNING SENSATION ALL OVER MY BODY. WHEN I DID A URINE THE CHEMICAL AGENT ACTIVATED AND A BURNING SENSATION WAS GOING THROUGH MY PENIS HOLE. IT WAS PAINFUL. THE UNIT OFFICERS DID NOT ALLOW ME TO TAKE A SHOWER FOR 36 to 48 HOURS.

16. ON OR ABOUT 8/23/19 OR 8/24/19 I WAS ABLE TO TAKE A SHOWER AND WHILE I TOOK A SHOWER MY BODY HAD BOWEL MOVEMENT AND I DEFACATED ALL OVER THE SHOWER FLOOR AND WALL. THIS WAS THE FIRST BOWEL MOVEMENT I HAD SINCE 8/21/19 I COULDN'T DEFACATE FOR TWO DAYS BECAUSE I WAS TETRIFIED AND HAD LOTS OF ANXIETY. WHILE TAKING THE SHOWER THE CHEMICAL AGENT ACTIVATED AND I FELT THE BURNING SENSATION ALL OVER MY BODY AND MOSTLY MY GENITAL, BOTTOCKS, AND LOWER BACK AREA.

17. I FILED MULTIPLE REQUESTS AND FOLLOWED THROUGH WITH A FEW GRIEVANCES

18. I WROTE AND SPOKE TO DEFENDANT CAPTAIN SYED AND DEFENDANT CAPTAIN HUGHES WHO SUPERVISED THE INCIDENT I TOLD THESE DEFENDANTS THAT

THEY SHOULD'VE INTERVENE BY RICTHY ALLOWING THE DEFENDANT TOLMIE SPRAY ME MULTIPLE TIMES INAPPROPIATELY AND ALLOWED THE DEFENDANT. YANK MY SLING WHILE MY ARM WAS IN THE SLING THROUGH THE TRAP AND ALLOWED THE DEFENDANTS TO VIOLENTLY STRIP ME OF MY CLOTHING WHILE I WAS DOGGIE STYLE ON MY KNEES. AND ALLOWING THE DEFENDANTS TO AKWARDLY PUT MY ARMS ALL THE WAY TO THE BACK OF MY NECK. OF COURSE THEY DID NOT RESPOND DUE TO AVOIDING PAPER TRAIL.

19, ON 9/19/19 I FILED AN INMATE ADMINISTRATIVE LEVEL 1 REMEDY FORM CN9602 ON EXCESSIVE FORCE IT WAS DENIED ON 10/28/19 BY DEFENDANT AMONDA HANNAH STATING IN QUOTE "APPROPIATE AND REASONABLE FORCE WAS UTILIZEN TO GAIN YOUR COMPLIANCE ONLY AFTER ALL ATTEMPTS OF EXTENSIVE VERBAL INTERVENTION HAD FAILED." SHE CHECKED OFF I CAN APPEAL TO DISTRICT ADMINISTRATOR WILLIAM MULLIGAN.

20. ON 9/21/19 I FILED A LEVEL 1 INMATE ADMINISTRATIVE REMEDY FORM CN9602 TO PROVIDE A LEGAL SIZE & DEPTH MATTRESS AND CLEAN BLANKET AND TWO SHEETS. IT WAS DENIED ON 10/28/19 BY DEFENDANT AMONDA HANNAH STATING IN QUOTE "INMATES HOUSED IN IPM FOR MENTAL HEALTH REASONS ARE NOT PROVIDED WITH SHEETS FOR SAFETY REASONS. IF THE MATTRESS OR FERGUSON BLANKET YOU HAVE BEEN PROVIDED NEEDS REPLACING FOR ANY REASON, YOU NEED TO LET A STAFF MEMBER KNOW SO IT CAN BE EXCHANGE." SHE SAID I CAN APPEAL IT TO DEFENDANT DISTRICT

ADMINISTRATOR WILLIAM MULLIGAN.

21. ON 11/2/19 I FILED A LEVEL 2 INMATE GRIEVANCE APPEAL FORM ON 9604 IT WAS DENIED ON 11/26/19 BY DEFENDANT DISTRICT ADMINISTRATOR WILLIAM MULLIGAN IN REGARDS TO THE EXCESSIVE FORCE. IT STATES IN QUOTE "YOU ARE APPEALING A LEVEL ONE GRIEVANCE REGARDING STAFF CONDUCT AT GARNER C.I. THE RESPONSE GIVEN BY WARDEN HANNAH WAS APPROPIATE. THIS INCIDENT WAS THOROUGHLY REVIEWED AND CONCLUDED THAT STAFF RESPONSE WAS APPROPIATE TO CEASE YOUR ACTIONS. YOUR LEVEL 2 APPEAL IS DENIED." THIS GRIEVANCE WAS EXHAUSTED.

22. ON 11/2/19 I FILED A LEVEL 2 INMATE GRIEVANCE APPEAL FORM ON 9604 IT. WAS DENIED ON 11/25/19 BY DEFENDANT DISTRICT ADMINISTRATOR WILLIAM MULLIGAN IN REGARDS TO SLEEPING ON A TWO INCH MATTRESS THAT SMELLED LIKE BODILY FLUIDS/ URINE OR MAYBE FECES, AND THE BLANKET WAS SOILED WITH URINE AND PAINT STAINS. IT STATED IN QUOTE "YOU ARE APPEALING A LEVEL ONE GRIEVANCE REGARDING PHYSICAL CONDITIONS (MENTAL HEALTH STATUS) AT GARNER C.I. THE RESPONSE GIVEN BY WARDEN HANNAH WAS THOROUGH AND APPROPIATE. INMATE ARE NOT ARBITRARILY PLACED ON MENTAL HEALTH OBSERVATION STATUS. THIS IS DONE FOR THE INMATE'S SAFETY WHOM HAS DEMONSTRATED A THREAT TO THEIR OWN WELL BEING. A MODIFICATION OF ITEMS ALLOWED WILL DIFFER FROM THAT OF INMATES IN GENERAL POPULATION. ACCORDINGLY, YOUR LEVEL 2 APPEAL IS DENIED."

23. I HAPPEN TO GO TO I.P.M. AGAIN BETWEEN

FILING. THESE ILLEGAL MATTRESSES WAS REPLACED WITH SURECHECK MATTRESSES SO OBVIOUSLY THE DEFENDANTS KNEW THAT THESE MATTRESSES WERE ILLEGAL.

14. NOW I WOULD LIKE TO CONCLUDE THAT IN PARAGRAPH 1 I STATED I FILED A PREA CLAIM AGAINST MCDOUGALL-WALKER ON 8/20/19 AND COINCEDENTALLY THE NEXT DAY I WAS MALICIOUS AND SADISTICALLY SPRAYED ON MY GENITALS, BUTTOCKS, BACK, AND FACE ATLEAST 7 TO 8 TIMES. UPON INFORMATION AND BELIEF THIS WAS RETALIATION FOR MY ACTIONS OF FILING A PREA-CLAIM. THIS IS WHERE IT MIGHT GET TRICKY. DEFENDANT CAPTAIN TOOMIE KNEW THAT I FOUND A LOOPHOLE TO BEAT A TICKET BASED ON WORDING WHICH USED "ADVISOR" AND AT THE TIME OF THIS EXCESSIVE FORCE CLAIM AND ILLEGAL MATTRESS I WAS MISBEHAVING ALL MY OFFENSES WERE DISMISSED DUE TO ALLEGEDLY HAVING MENTAL HEALTH ISSUES. SO I'M SIMPLY IMPLYING THAT THIS MAY HAVE CONTRIBUTED TO THE DEFENDANTS VIOLATING MY CONSTITUTIONAL RIGHTS BY "TEACHING ME A LESSON" TO GO BACK TO BEING SPRAYED BY CHEMICAL AGENTS ON MY GENITAL AREA AND BUTTOCKS AND FACE. I IMMEDIATELY TRY TO WASH IT OFF MY FACE AND PENIS THE DEFENDANT CAPTAIN TOOMIE KEPT SPRAYING WHILE I WAS WASHING IT OFF. ONE SPRAY OF CHEMICAL AGENT INCAPACITATES YOU IMMEDIATELY, YOU CAN'T SEE, YOU CAN'T BREATH, IT BURNS REALLY BAD, 99% OF THE TIME ANYONE WILL SUBMIT. YOU CAN'T WASH THIS OFF IT STICKS ON YOUR SKIN, SO IMAGINE BEING SPRAYED ON YOUR FACE, PENIS, BUTTOCKS, AND BACK. DOESN'T THIS SEEM TO BE EXCESSIVE.

THIS UP ... AND VERY ... BECAUSE IT WAS ON HANDHELD VIDEO EVIDENCE AND CCTV. SO YES IT WAS RECORDED. TO CONCLUDE AT THE TIME OF THIS RETALIATION OF BEING SPRAYED ON MY GENITALS, BUTTOCKS, BACK, AND FACE I WAS MENTALLY UNSTABLE AND UNAWARE OF MY ACTIONS. I FELT LIKE THEY COULD'VE GAVE ME MORE LIENIENTCY. UPON INFORMATION AND BELIEF ALL MENTAL HEALTH INMATES GET TREATED LIKE THIS AND I DON'T THINK THEY WOULD DO THIS TO A GENERAL POPULATION INMATE WHO DOESN'T HAVE MENTAL HEALTH ISSUES. SO I STRONGLY BELIEVE THE DEFENDANTS DISCRIMINATING AGAINST A MENTALLY ILL INMATE. BETWEEN THIS EXCESSIVE FORCE, AND SLEEPING ON A ILLEGAL SIZE & DEPTH MATTRESS THAT SMELLED LIKE URINE AND FECES, THE BLANKET WAS SOILED AND REEKED LIKE URINE, AND THE FACT THAT THERE IS ONLY ONE BLANKET TO COVER THE INMATE, THERE WAS ANOTHER GRIEVANCE I FILED WHILE I WAS IN I.P.M UNIT. I WANTED TO SMUDGE AFTER I WAS OFF Q-15 STATUS. I HAD A GREEN JUMPER AND WAS GIVING AN HOUR OF RECREATION A DAY. SO I ASKED THE OFFICERS, LIEUTENANT, AND CAPTAIN IF I CAN SMUDGE THEY SAID NO. I FILED A GRIEVANCE REQUESTING TO SMUDGE WHICH IS A NATIVE AMERICAN RITUAL TO WARD OUT EVIL AND TO CLEAN NEGATIVE THINKING AND ETC. THE DEFENDANT AMANDA HANNAH WOULDN'T LET ME DRY SMUDGE OR NOTHING. THIS

HAPPEN BEFORE THIS DID. BELIEVE I EXHAUSTED MY REMEDIES IN OCTOBER. I DON'T HAVE THE GRIEVANCE FOR THIS PARTICULAR SUBJECT BUT I KNOW ITS IN THE SYSTEM. SO YES THE DEFENDANTS DENIED ME TO PRACTICE MY RELIGION WHILE I WAS IN A STATE OF A MENTAL HEALTH CRISIS. BY PRACTICING MY RELIGION IN THIS STATE OF MIND WOULD'VE HELPED ME THROUGH THIS VICIOUS RETALLIATION, SLEEPING ON A 2INCH GRAY MATRESS THAT WAS SOILED WITH URINE, AND THE ONE BLANKET THAT ALSO SMELLED LIKE URINE AND IT HAD PAINT STAINS.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

25. THE PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES WITH RESPECT TO ALL CLAIMS AND ALL DEFENDANTS.

### CLAIMS FOR RELIEF

26. THE ACTIONS OF DEFENDANTS TOLMIE, VESERA, BLEKIS, PELLITERI, MENDEZ, HUGHES, AND SYED IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, WERE DONE MALICIOUSLY AND SADISTICALLY AND CONSTITUTED CRUEL AND PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

27. THE ACTIONS OF DEFENDANTS TOLMIE, VESERA, BLEKIS, PELLITERI, AND MENDEZ IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED CONSTITUTED THE TORT OF ASSAULT AND BATTERY UNDER THE LAW OF CONNECTICUT.

28. THE ACTIONS OF DEFENDANT AMANDA HANNAH COULD'VE REPRIMAND ABOVE REFERENCE OFFICERS BUT

STATED IT DISREGARDED AND ACTED TO DELIBERATE INDIFFERENCE. SHE SHOULD'VE REPORTED THIS INCIDENT TO HER BOSS. THE FAILURE TO INTERVENE IN THIS SITUATION SHOWS SHE FAILED TO REPORT IT AND IGNORED THE VIDEO EVIDENCE. SHE IS HELD LIABLE FOR HER CONSTITUENTS BECAUSE SHE IS THE UNIT ADMINISTRATOR/WARDEN OF GARNER. SHE DID NOT ALLOW ME TO SMUDGE AFTER I WAS OFF Q-15 STATUS IN I.P.M VIOLATES MY FIRST AND FOURTEENTH AMENDMENTS.

29. THE ACTIONS OF DEFENDANT WILLIAM MULLIGAN WAS OVERSIGHT FOR THE SITUATIONS AND GRIEVANCES I FILED BETWEEN THE EXCESSIVE FORCE, ILLEGAL SIZED DEPTH SOILED MATTRESS AND PAINTED STAIN BLANKET THAT WAS SOILED, AND ATTEMPTING TO PRACTICE RELIGION HE FAILED TO RECOGNIZE A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

30. THE INDIRECT ACTIONS OF DEFENDANT ROLLIN COOK IS IN CHARGE OF ALL OFFICERS, STAFF, AND MEDICAL IN TRAINING ALL STAFF IN GENERAL AREAS. IF THIS IS HOW THEY WERE TRAINED HE SHOULD BE HELD ACCOUNTABLE FOR THE ACTIONS OF EXCESSIVE FORCE, ILLEGAL MATTRESS AND BEDDING SUPPLIES, VIOLATING MY RIGHT TO PRACTICE RELIGION.

### RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURTS GRANT THE FOLLOWING:

A. ISSUE A DECLARATORY JUDGMENT STATING THAT:

1. THE PHYSICAL ABUSE OF THE PLAINTIFF BY DEFENDANTS TOLMIE, VESERA, PELLITERI, MENDEZ, AND BLEKIS VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE EIGHTH AMMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER THE LAW.

2. DEFENDANTS AMANDA HANNAH, HUGHES, SYED, WILLIAM MULLIGAN, ROLLIN COOK COULD'VE TAKE ACTION TO CURB THE PHYSICAL ABUSE AND VIOLATION TO PRACTICE RELIGION OF THE PLAINTIFF AND COULD'VE REPRIMAND THE AGRESSORS AND ALLOWED THE PLAINTIFF THE RIGHT TO EXCERSISE RELIGION, VIOLATES THE RIGHTS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENT.

B. ISSUE AN INJUNCTION ORDERING: DEFENDANT ROLLIN COOK ① TO ALLOW MENTAL HEALTH INMATES THAT ARE OFF Q-15 STATUS THE RIGHT TO PRACTICE RELIGION, AND TO CHANGE HOW THE FACILITY GARNER CONDUCTS A INMATE TO KNEEL DOWN DOGGIE STYLE WHILE THEY DO A HANDS ON STRIP SEARCH RIPPING YOUR CLOTHES OFF.

② TO REPRIMAND AND SUSPEND TOLMIE, VESERA, PELLITERI, BLEKIS, AND MENDEZ FOR 14 DAYS WITHOUT PAY.

③ TO ENFORCE A LIFETIME RETRAINING ORDER AGAINST TOLMIE, VESERA, PELLITERI, BLEKIS, AND MENDEZ.

④ TO WRITE THE PLAINTIFF AN APPOLOGY LETTER FOR THEIR ACTIONS COMMITTED.

5. To limit or change the policy for the use of chemical agents being used on a mental health inmate.

6. To order to train employees to use less physical force on a mental health inmate especially with pre-existing conditions that a might have that may cause more damage and to limit the use of chemical agents.

7. To order the defendant to give a copy of the video evidence to the plaintiff of the excessive force

C. Award compensatory damages in the following amounts

1. $200,000 against defendant Tolmie for physical and emotional injuries sustained in the inappropriate use of chemical agents on genital, buttocks, back and face.

2. $100,000 against defendants Vesera, Blekis, Pelliteri, and Mendez jointly and severally for violently yanking my arm that was in a sling, bending my arm to the back of my neck, and violently stripping me naked causing physical and emotional injury.

3. $25,000 against each defendant Hughes and Syed for failure to intervene and curb the situation for physical and emotional injury.

4. $50,000 against defendants Amanda Hannah, Rollin Cook, and William Mulligan for failing to properly train, reprimand, and correct the actions of the defendants who used excessive force, violating the right to practice religion,

AND ILLEGAL MATTRESS AND BEDDING.

E. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNT:

1. $15,000 EACH AGAINST DEFENDANTS TOLMIE, VEJERA, PELLITERI, BLEKIS, AND MENDEZ.

2. $10,000 EACH AGAINST DEFENDANTS HUGHES AND SYED

3. $5,000 EACH AGAINST DEFENDANTS AMANDA HANNAH, WILLIAM MULLIGAN, ROLLIN COOK

F. AWARD NOMINAL DAMAGES IN THE FOLLOWING AMOUNT:

1. $5,000 JOINTLY AND SEVERAL AGAINST ALL DEFENDANTS IN THIS CLAIM.

G. GRANT THE PLAINTIFF TO WAIVE THE COST OF INCARCERATION AND TO HAVE THE DEFENDANTS PAY THE PLAINTIFFS FILING FEE.

TOTAL AMOUNT OF $500,000 IN DAMAGES, (EXCLUDING THE FILING FEE)

THE PLAINTIFF ALSO SEEK A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

THE PLAINTIFF ALSO SEEK RECOVERY OF THE THEIR COST IN THIS SUIT AND AGAIN ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED MAY 4, 2022

RESPECTFULLY SUBMITTED,
ALEXANDER ROSA
OSBORN CORRECTION
335 BILTON ROAD
SOMERS, CT 06071

E. AWARD PLAINTIFF DAMAGES IN THE FOLLOWING AMOUNT:
1. $15,000 EACH AGAINST DEFENDANTS TOOMIE, SEHA, PELLITIERI, ALDRIS, AND MENDEZ
2. $10,000 EACH AGAINST DEFENDANTS HUGHES AND SYED
3. $15,000 EACH AGAINST DEFENDANTS AMANDA HANNAH, WILLIAM MULLIGAN, ROLLINGOCK

F. AWARD NOMINAL DAMAGES IN THE FOLLOWING AMOUNT:
1. $5,000 JOINTLY AND SEVERALLY AGAINST ALL DEFENDANTS IN THIS CLAIMS.

G. GRANT THE PLAINTIFF TO WAIVE THE COST OF INCARCERATION AND TO HAVE THE DEFENDANTS PAY THE PLAINTIFFS FILING FEE.

I. GRANT SUCH RELIEF AS IT MAY APPEAR THE PLAINTIFF IS ENTITLED.

TOTAL AMOUNT OF $500,000 IN DAMAGES - (EXCLUDING THE FILING FEE.)

THE PLAINTIFF ALSO SEEK A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

THE PLAINTIFF ALSO SEEK RECOVERY OF THEIR COSTS IN THIS SUIT AND AGAIN ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED: MAY 4, 2022

RESPECTFULLY
SUBMITTED,
ALEXANDER ROSA
335 BILTON ROAD
SOMERS, CT 06011
#381946

CONTINUED ON BACK ———>

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY
VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,
EXCEPT AS TO MATTERS ALLEGED ON INFORMATION
AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE
TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

EXECUTED AT SOMERS, CONNECTICUT  5-4-22

ALEXANDER ROJA

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY
VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,
EXCEPT AS TO MATTERS ALLEGED ON INFORMATION
AND BELIEF, AND, AS TO THESE, I BELIEVE THEM TO BE
TRUE, I CERTIFY UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

EXECUTED AT DANBURY, CONNECTICUT 5-4-22

ALEXANDER ROJA



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

:CC

| Facility/Unit: GARNER CI / CHARLIE CELL 219 | Date: 9/19/19 |
|---|---|
| Inmate name: ALEXANDER ROSA | Inmate number: 381946 |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.
### Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☑ **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☐ **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

**C.** **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | Complete Section 3 below |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4 |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
### Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | | ☐ yes ☐ no |

Name(s) of any witness(es):

9/19/19

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: |  |
|---|---|---|
|  | Inmate number: | Housing: |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.    : CC 1 OF 2
- PLEASE PRINT.

FACTUAL INFORMATION: ON 8/21/19 ON OR ABOUT 7 HOURS AFTER I FILED A PREA CLAIM AGAINST McDougall-WALKER CI @ 3:40 A.M I WAS MALICIOUSLY AND SADISTICALLY SPRAYED ON MY GENITALS WHILE I WAS DEFACATING WITHOUT WARNING FOR THE PURPOSE OF CAUSING PAIN AND NOT FOR THE PURPOSE OF RESTORING CONTROL... BY GARNER CUSTODY/PRISON OFFICIALS... AFTER I WAS SPRAYED ON MY GENITALS WHILE MY PANTS WERE DOWN THEY CONTINUED TO SPRAY MY BUTTOCKS/ANUS AND TESTICLES THROUGH THE TRAP WITHOUT WARNING I IMMEDIATELY PULL MY PANTS UP AND PLACED MY BACK AGAINST THE TRAP WHERE THEY CONTINUED TO SPRAY MY BUTTOCKS, BACK, ARMS, AND ULTIMATELY I GAVE UP MY WRISTS BUT MY RIGHT ARM WAS IN THE SLING THEY YANKED MY SLING INJURING MY COLLAR BONE CAUSING MORE PAIN TOWARDS WHAT I WAS ALREADY UNDER GOING... THEY CUFFED MY WRISTS SO TIGHT THEY CUT OFF THE CIRCULATION OF MY WRIST,... THEY SAT ME DOWN ON A WHEEL CHAIR WHERE I CRIED IN PAIN HOLDING MY GENITALS... THEY ESCORTED ME TO I.P.M CELL 502 STRIPPED ME OF MY CLOTHING VIOLENTLY INJURING MY WRIST AND COLLAR BONE, AND THEY DID NOT HAVE MEDICAL CLEAR ME FOR

| Inmate signature: *Alexander* | Date: **9/19/19** |
|---|---|

For all remedies except health services, deposit this form in the Administrative Remedies box. For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW:**

| Date Received: 9/30/19 | IGP #: **136-20-074** | T#: |
|---|---|---|
| Disposition: Denied | Date of Disposition: 10/28/19 | |

Reason:
Appropriate and reasonable force was utilized to gain your compliance only after all attempts of extensive verbal intervention had failed.

| ☐ You have exhausted DOC's Administrative Remedies. | ☒ This matter may be appealed to: DA Mulligan |
|---|---|
| Signature: WARDEN A. HANNAH | Date: |

# CONFIDENTIAL
**(FOR OFFICIAL USE ONLY)**

| Inmate name: | |
|---|---|
| Inmate number: | Housing: |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

: CC 1 OF 2

FACTUAL INFORMATION: ON 8/24/19 ON OR ABOUT 7 HOURS AFTER I FILED A PREA CLAIM AGAINST McDOUGALL-WALKER CI @ 3:40 A.M I WAS MALICIOUSLY AND SADISTICALLY SPRAYED ON MY GENITALS WHILE I WAS DEFACATING WITHOUT WARNING FOR THE PURPOSE OF CAUSING PAIN AND NOT FOR THE PURPOSE OF RESTORING CONTROL... BY GARNER CUSTODY/PRISON OFFICIALS... AFTER I WAS SPRAYED ON MY GENITALS WHILE MY PANTS WERE DOWN THEY CONTINUED TO SPRAY MY BUTTOCKS/ANUS AND TESTICLES THROUGH THE TRAP WITHOUT WARNING I IMMEDIATELY PULL MY PANTS UP AND PLACED MY BACK AGAINST THE TRAP WHERE THEY CONTINUED TO SPRAY MY BUTTOCKS, BACK, ARMS, AND ULTIMATELY I GAVE UP MY WRISTS BUT MY RIGHT ARM WAS IN THE SLING THEY YANKED MY SLING INJURING MY COLLAR BONE CAUSING MORE PAIN TOWARDS WHAT I WAS ALREADY UNDER GOING...THEY CUFFED MY WRISTS SO TIGHT THEY CUT OFF THE CIRCULATION OF MY WRIST,... THEY SAT ME DOWN ON A WHEEL CHAIR WHERE I CRIED IN PAIN HOLDING MY GENITALS...THEY ESCORTED ME TO I.P.M CELL 502 STRIPPED ME OF MY CLOTHING VIOLENTLY INJURING MY WRIST AND COLLAR BONE, AND THEY DID NOT HAVE MEDICAL CLEAR ME FOR

| Inmate signature: *Alexander* | Date: 9/19/19 |
|---|---|

*For all remedies except health services, deposit this form in the Administrative Remedies box.*
*For a health services issue, deposit this form in the Health Services box.*

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 9/20/19 | IGP #: 136-20-074 | T#: |
|---|---|---|
| Disposition: Denied | Date of Disposition: 10/28/19 | |

Reason:
Appropriate and reasonable force was utilized to gain your compliance only after all attempts of extensive verbal intervention had failed.

| ☐ You have exhausted DOC's Administrative Remedies. | ☒ This matter may be appealed to: DA Mulligan |
|---|---|
| Signature: WARDEN A. HANNAH | Date: |

WRIST INJURY OR SHOULDER INJURY, NOR DID THEY TAKE PICTURES AFTER
CONDUCTED A (STRIP SEARCH). AND I DID NOT CONSENT TO THE TOTAL STRIP
SEARCH... THEY ALSO PUT MY WRIST ALL THE WAY UP IN THE BACK TOWARD
THE BACK OF MY NECK WHEN I HAVE A DOCTORS ORDER TO BE
CUFFED IN FRONT... THEY STILL USED EXCESSIVE FORCE MALICIOUSLY
AND SADISTICALLY TO CAUSE PAIN AND NOT FOR THE PURPOSE OF
RESTORING CONTROL... REFER TO HUDSON V. McMILLIAN, 503 U.S. 1, 6 (1992)
(QUOTING WHITLEY V. ALBERS, 475 U.S. 312, 320-21 (1986)). PRISON
OFFICIALS USED FORCE THAT WAS "UNREASONABLE OR EXCESSIVE." REFER
TO CORSELLI V. COUGHLIN, 842 F.2d 23, 26 (2d CIR 1988) (QUOTING ROBINSON
V. VIA, 821 F.2d 913, 924 (2d CIR. 1987)). I FILED A INFORMAL RESOLUTION
REFERRING TO EXCESSIVE FORCE AGAINST CUSTODY BUT THE REPORTING
UNIT MNGR FAILED TO RESPOND SO I SPOKEN WITH CAPTAIN HUGHES,
HE FAILED TO RESPOND TO ANY OF MY QUESTIONS I SPOKEN TO WARDEN
HANNAH SHE STATED THEIR WAS NO EXCESSIVE FORCE... SO WITH
THAT BEING STATED I FOLLOWED THROUGH WITH A LEVEL 1 GRIEVANCE... SEXUAL
HARRASMENT IS ILLEGAL UNDER (SECTION 46-60 (a)(8) OF THE C.G.S

ACTIONS THAT I THINK SHOULD BE TAKEN TO RESOLVE THE PROBLEM

# REPRIMAND CUSTODY/PRISON OFFICIALS FOR USING EXCESSIVE
FORCE MALICIOUSLY AND SADISTICALLY TO CAUSE HARM...

# I WANT TO FILE CRIMINAL CHARGES ON INVOLVING
CUSTODY/PRISON OFFICIALS WHO TOOK PART OF THIS INCIDENT

# FILE A REPORT UNDER 2.17 EMPLOYEE CONDUCT WHO
DISPLAYED MISCONDUCT

# TAKE PICTURES OF EVERY INCIDENT OF WHICH THEY DID NOT
DO IN MY ESCORT TO I.P.M UNIT CELL 502

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: ALEXANDER ROSA | | Inmate number: 381946 |
|---|---|---|
| Facility/Unit: GARNER CI /C BLOCK | Housing unit: 219 | Date: 11/2/19 |
| IGP number: 136-20-074 | T number: | |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I DISAGREE WITH WARDEN HANNAH'S REASON... THEIR WAS IN FACT INAPPROPIATE AND UNREASONABLE FORCE UTILIZED... AND I HAD A DOCTORS ORDER TO BE CUFFED IN FRONT WHY DIDN'T CUSTODY RESPECT MY DOCTORS ORDER... VIDEO EVIDENCE OF THE INCIDENT WILL SHOW OTHERWISE... AFTER MY ESCORT TO

| Inmate signature: *Alexander* | Date: 11/2/19 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 11/12/19 | Disposition: Denied | Date of disposition: 11/26/19 |
|---|---|---|

Reasons:
> You are appealing a level one grievance regarding staff conduct at Garner C.I. The response given by Warden Hannah was appropriate. This incident was thoroughly reviewed and concluded that staff response was appropriate to cease your actions. Your level 2 appeal is denied.

Level 2 reviewer: *[signature]*

☐ This grievance may be appealed within 5 days to Level 3.

☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

1. P.M ↑ 502 CELL   THEIR WAS NO PICTURES TAKEN OF MY WURIST AND MEDICAL DID NOT CLEAR AFTER THE INCIDENT... NOR TAKE PICTURES OF MY WRIST SO WITH BEING STATED PROTOCOL WAS NOT FOLLOWED

I.P.M ↑ 502 (CELL) THEIR WAS NO PICTURES TAKEN OF MY WURIST AND MEDICAL DID NOT CLEAR AFTER THE INCIDENT.. NOR TAKE PICTURES OF MY WRIST SO WITH BEING STATED PROTOCOL WAS NOT FOLLOWED



*HAND WRITTEN DUPLICATE COPY*

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

: CC

| Facility/Unit: GARNER CI / CHARLIE 219 | Date: 9/21/19 |
|---|---|
| Inmate name: ALEXANDER ROSA | Inmate number: 381946 |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

### Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A** ☑ **I am filing a Grievance**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B** ☐ **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

**C** ☐ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days on notification of a decision)*

| ☐ Disciplinary Action | | > | Complete Section 3 below |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | Complete Section 4 |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
*Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.*

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
| Name(s) of any witness(es): | | | |

# CONFIDENTIAL
**(FOR OFFICIAL USE ONLY)**

| Inmate name: |
| --- |
| Inmate number: | Housing: |

---

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

:CC 1 of 2

FACTUAL INFORMATION ① I SPOKEN WITH THE UNIT MANAGER ABOUT THESE CONDITIONS REQUESTING A CLEAN BLANKET AND TWO SHEETS AND A LEGAL SIZE & DEPTH MATTRESS WHICH COINCIDES WITH EACH OTHER... THE EIGTH AMENDMENT TO THE UNITED STATES CONSTITUTION PROHIBITS THE INFLICTION OF "CRUEL AND UN USUAL PUNISHMENTS" ON PRISONERS. ② A PRISON OFFICIAL ACTS WITH DELIBERATE INDIFFRENCE" WHEN HE "KNOWS THAT INMATES FACE A SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARDS THAT RISKS BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT... FARMER V. BRENNAN, 511 U.S. 825, 847 (1994) ③ IN MY 20 DAYS OF EXPERIMENTING (I.P.M.U) IMPATIENT MEDICAL UNIT I WENT THROUGH THE MOST HORRIFIC CONDITIONS ANY HUMAN SHOULD SUSTAIN THE ONE BLANKET OF WHICH COVERS ME AND THE FERGUSON GARMENT/GOWN OF WHICH COVERS MY BODY I HAD TO SLEEP ON A BARE 2 INCH MATTRESS OF WHICH SMELLED LIKE BODILY FLUID/URINE/OR MAYBE FECES... ④ WHEN I CAME OFF Q-15/CLOSE OBSERVATION I HAD THE SAME ONE BLANKET WITH NO SHEETS BUT WITH CLOTHES) I STILL

| Inmate signature: *[signature]* | Date: 9/11/19 |

---

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION (OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW)

| Date Received: 9/23/19 | IGP #: 136-20-076A | T#: |
| --- | --- | --- |
| Disposition: Denied | Date of Disposition: 10/28/19 | |

Reason:

Inmates housed in IPM for mental health reasons are not provided with sheets for safety reasons. If the mattress or Ferguson blanket you have been provided needs replacing for any reason, you need to let a staff member know so it can be exchanged.

---

☐ You have exhausted DOC's Administrative Remedies.   ☒ This matter may be appealed to: DA Mulligan

Signature: WARDEN A. HANNAH   Date:

| **CONFIDENTIAL** | Inmate name: | |
|---|---|---|
| **(FOR OFFICIAL USE ONLY)** | Inmate number: | Housing: |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

:CC   1 of 2

FACTUAL INFORMATION ① I SPOKEN WITH THE UNIT MANAGER ABOUT THESE CONDITIONS REQUESTING A CLEAN BLANKET AND TWO SHEETS AND A LEGAL SIZE & DEPTH MATTRESS WHICH COINCIDES WITH EACH OTHER... THE EIGTH AMENDMENT TO THE UNITED STATES CONSTITUTION PROHIBITS THE INFLICTION OF "CRUEL AND UNUSUAL PUNISHMENTS" ON PRISONERS. ② A PRISON OFFICIAL ACTS WITH "DELIBERATE INDIFFRENCE" WHEN HE "KNOWS THAT INMATES FACE A SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARDS THAT RISKS BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT... FARMER V. BRENNAN, 511 U.S. 825, 847 (1994) ③ IN MY 20 DAYS OF EXPERIMENTING (I.P.M.U) IMPATIENT MEDICAL UNIT I WENT THROUGH THE MOST HORRIFIC CONDITIONS ANY HUMAN SHOULD SUSTAIN THE ONE BLANKET OF WHICH COVERS ME AND THE FERGUSON GARMENT/GOWN OF WHICH COVERS MY BODY I HAD TO SLEEP ON A BARE 2 INCH MATTRESS OF WHICH SMELLED LIKE BODILY FLUIDS/URINE/ OR MAYBE FECES... ④ WHEN I CAME OFF Q-15/CLOSE OBSERVATION I HAD THE SAME ONE BLANKET WITH NO SHEETS BUT WITH CLOTHES ON, I STILL

| Inmate signature: *Alexander* | Date: 9/11/19 |
|---|---|

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box**

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 9/23/19 | IGP #: 136-20-076A | T#: |
|---|---|---|
| Disposition: Denied | Date of Disposition: 10/28/19 | |

Reason:

Inmates housed in IPM for mental health reasons are not provided with sheets for safety reasons. If the mattress or Ferguson blanket you have been provided needs replacing for any reason, you need to let a staff member know so it can be exchanged.

| ☐ You have exhausted DOC's Administrative Remedies. | ☒ This matter may be appealed to: DA Mulligan |
|---|---|
| Signature: A. HANNAH | Date: |

SLEPT ON A BARE 2 INCH MATTRESS... WAS PAINFUL FOR MY
BACK AND TWO INJURIES I SUSTAINED IN THE PAST FEW
YEARS... ONE PROJECTILE IN MY LEFT SHOULDER AND A BROKEN
COLLAR BONE ON MY RIGHT SHOULDER...

ACTIONS THAT I THINK SHOULD BE TAKEN TO RESOLVE THE PROBLEM

① EVERY INMATE INCLUDING MYSELF WHO IS OFF Q-15/CLOSE
OBSERVATION SHOULD OBTAIN TWO SHEETS AND A BLANKET AND
A LEGAL SIZE & DEPTH MATTRESS

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX

ADMINISTRATIVE
REMEDY
BOX

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: ALEXANDER ROSA | Inmate number: 381946 |
|---|---|

| Facility/Unit: GARNER CI / C-BLOCK | Housing unit: 219 | Date: NOV. 2, 2019 |
|---|---|---|

| IGP number: 134-20-074A | T number: |
|---|---|

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: AFTER Q-15/CLOSE OBSERVATION ALL INMATES ARE MENTAL HEALTH 4 IF INMATES ARE UNABLE TO GET 2 SHEETS ALLOW INMATES TO GET TWO BLANKETS ONE TO COVER THE MATTRESS ONE TO COVER US... AND THE MATTRESSES THAT ARE IN I.P.M UNIT ARE A ILLEGAL SIZE 4 DEPTH MATTRESS ALLOW INMATES TO GET SURECHEK LEGAL SIZE 4 DEPTH MATTRESSES... I SLEPT ON A TWO INCH GRAY MATTRESS WHICH WAS A ILLEGAL SIZE 4 DEPTH MATTRESS

| Inmate signature: *(signature)* | Date: NOV. 2, 2019 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 11/12/19 | Disposition: **Denied** | Date of disposition: 11/25/19 |
|---|---|---|

Reasons:
> You are appealing a level one grievance regarding physical conditions (Mental Health Status) at Garner C.I. The response given by Warden ~~Hannah~~ was thorough and appropriate. Inmates are not arbitrarily placed on Mental Health Observation Status; this is done for the inmate's safety whom has demonstrated a threat to their own wellbeing. A modification of items allowed will differ from that of inmates in general population. Accordingly, your level 2 appeal is denied.

Level 2 reviewer: *(signature)*

| ☐ | This grievance may be appealed within 5 days to Level 3. |
|---|---|
| ☒ | You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered. |

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

FCK   20   DAYS   STRAIGHT.—.

FOR   20   DAYS   STRAIGHT...,